UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:18-cv-23788-RNS/LFL

MICHELE GILLEN,

    Plaintiff,

v.

CBS TELEVISION STATIONS INC.,
WFOR-TV, WBFS-TV, and
CBS BROADCASTING INC.,

    Defendants.

_____/

## NOTICE OF RESOLUTION

    Plaintiff Michele Gillen and Defendants CBS Television Stations Inc., WFOR-TV, WBFS-TV and CBS Broadcasting Inc., by and through their respective counsel, hereby notify the Court that the parties have resolved this action and will file the appropriate dismissal documents with the Court.

Dated: November 26, 2019

Respectfully submitted,

| **NAPOLI SHKOLNIK PLLC** | **AKERMAN LLP** |
|---|---|
| By: */s/ Hunter J. Shkolnik*  <br>Hunter J. Shkolnik  <br>hunter@napolilaw.com  <br>Louise R. Caro  <br>lcaro@napolilaw.com  <br>jpino@napolilaw.com  <br>2665 South Bayshore Drive, Suite 220  <br>Coconut Grove, Florida 33133  <br>Telephone: (786) 837-5442  <br>Facsimile: (786) 441-2140  <br><br>*Attorneys for Plaintiff Michele Gillen* | By: */s/ Michael C. Marsh*  <br>Michael C. Marsh (Fla. Bar No. 072796)  <br>Email: michael.marsh@akerman.com  <br>Ryan Roman (Fla. Bar No. 25509)  <br>Email:  ryan.roman@akerman.com  <br>Donnie M. King (Fla. Bar No. 101386)  <br>Email:  donnie.king@akerman.com  <br>Octavia M. Green (Fla. Bar No. 119179)  <br>Email: octavia.green@akerman.com  <br>Chanelle Artiles (Fla. Bar No. 1006402)  <br>Email: chanelle.artiles@akerman.com  <br>98 Southeast Seventh Street  <br>Suite 1100  <br>Miami, Florida 33131  <br>Phone: (305) 374-5600  <br>Fax: (305) 374-5095  <br><br>*Attorneys for Defendants CBS Television Stations Inc., WFOR-TV, WBFS-TV and CBS Broadcasting Inc.* |